UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION


GERALD HENDRICK MILLER,

Petitioner,

v.                    608CV104

WARDEN DON JARRIEL,

Defendant.


## ORDER

Prisoner Gerald R. Miller is no stranger to this Court. Over the course of the past year and a half, Miller has countless times sought review of the Court's dismissal of his 28 U.S.C. § 2254 petition. *See* doc. ## 6 (Order dismissing petition as successive to petition in *Miller v. Terry*, CV403-160 (S.D. Ga. 11/7/03) challenging same conviction); 8 (Notice of Appeal ("NOA")); 13 (this Court's denial of Certificate of Appealability ("COA") and *in forma pauperis* ("IFP") status); 16 (Eleventh Circuit's denial of COA and IFP); 17 (Eleventh Circuit's denial of motion for reconsideration of its denial of COA and IFP); 18 (this Court's denial of motion to alter initial dismissal); 19 (NOA as to the denial of the motion to alter); 26 (this Court's denial of COA and IFP as to that appeal); 32 (Order by this Court denying Miller's motion to alter the previous denial of COA, and also denying a new motion for IFP); 40 (Eleventh Circuit's denial of COA and IFP).

After a brief hiatus, Miller is back, and has filed several requests for a variety of relief from this Court. Doc. ## 33, 35, 36. The Court will address each in turn.

First, Miller has filed a new NOA, doc. # 36, seeking to appeal this Court's 11/20/09 Order, doc. # 32. In that Order, the Court denied his "Motion to Alter" a previous denial of a COA. Doc. # 26. The Court also denied a request for IFP, as it was "unaccompanied on the docket by any new or otherwise unaddressed NOA or application for COA," and there were no Orders in the case that were ripe for appeal at that time. *Id.*. The Court construes the present NOA as a motion for leave to proceed IFP on appeal and also as a motion for a COA. As usual, however, Miller has not made the requisite showing. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 478 (2000). As a result, his implied motion for IFP status and a COA is *DENIED*. Doc. # 36.

Next, Miller has filed a "Motion for Temporary Restraining Order and a Preliminary Injunction," doc. ## 33, 38, along with a request for IFP status, doc. # 35, as to that motion. Miller's motion is based on his allegation that "members of the Eastern Judicial Circuit of Georgia ... gave orders to Smith State Prison officials to 'sabotage' [his] pending litigation by improperly seizing all of [his] legal materials in a shackdown [sic] on March 3, 2010." Doc. # 38 at 1.

Such a claim cannot be brought within this habeas case – especially in light of the fact that a final judgment has already been entered as to the underlying claim. To the extent Miller seeks relief from a violation of his constitutional rights, he may initiate a new civil action regarding these allegations. Based on the foregoing, Miller's motion for a temporary restraining order and preliminary injunction, as well as his motion

to proceed IFP as to those requests, are *DENIED*. Doc. ## 33, 35.

This day of 15 April 2010.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA